IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHAIN ALLEN SMITH                                                                                  PLAINTIFF

V.                                  CASE NO. 3:19-CV-369-BSM

JOHN COWVEY, *et al.*                                                                           DEFENDANTS

## ORDER

After careful review, United States Magistrate Judge Joe Volpe's recommended disposition [Doc. No. 6] is adopted, and the complaint [Doc. No. 2] is dismissed without prejudice.

Shain Smith failed to pay the filing fee in full or file an application to proceed *in forma pauperis*. Doc. No. 3. It is certified that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 6th day of April, 2020.

                                                                    UNITED STATES DISTRICT JUDGE