IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHAIN ALLEN SMITH                                                        PLAINTIFF

V.                          CASE NO. 3:19-CV-369-BSM

JOHN COWVEY, *et al.*                                                  DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 6th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE